02-10-469-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00469-CV 

 

 


 
 
 In re Fred Cotton, Jr.
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that the petition should be dismissed. 
Accordingly, relator’s petition for writ of mandamus is dismissed.

 

PER CURIAM

 

 

PANEL: 
DAUPHINOT, GARDNER, and WALKER, JJ.

 

DELIVERED: 
December 23, 2010











          [1]See
Tex. R. App. P. 47.4, 52.8(d).